UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Marko Stakich, <br><br>         Plaintiff, <br><br>   vs. <br><br> Toyoda Gosei North America Corporation <br><br>         Defendant. | 18-CV-11214 <br><br> HONORABLE <br><br> TERRENCE G. BERG |

## **ORDER OF DISMISSAL**

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

      **SO ORDERED**.

                                      BY THE COURT:
                                    /s/Terrence G. Berg
                                    TERRENCE G. BERG
                                    UNITED STATES DISTRICT JUDGE